

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

3/7/2019

JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Eduardo Contreras-Devora<br>Filed as a Detainer with Rappahannock Shenandoah Warren Regional Jail<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 5:19-cr-00008-02 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Eduardo Contreras-Devora                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Drug Conspiracy and Firearm Use in Drug Trafficking

Date: 03/05/2019

*(signature)* Deputy Clerk
For
*Issuing officer's signature*

City and state:   Harrisonburg, VA                                Honorable Elizabeth K. Dillon
*Printed name and title*

### Return

This warrant was received on *(date)*   3/5/19   , and the person was arrested on *(date)*   3/7/19
at *(city and state)*   Harrisonburg, VA   .

Date: 3/7/19

DARYL BENDER    Digitally signed by DARYL BENDER
Date: 2019.03.07 10:49:38 -05'00'
*Arresting officer's signature*

Daryl Bender   DUSM
*Printed name and title*